1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALEX HERNANDEZ,                    ) Case No. CV 11-3608 PA (JCG)
                                   )
                    Petitioner,    )
                                   ) **JUDGMENT**
          v.                       )
                                   )
GREG LEWIS, Warden,                )
                                   )
                    Respondent.    )
                                   )
_____  )

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED: March 13, 2012

_____
      HON. PERCY ANDERSON
     UNITED STATES DISTRICT JUDGE

1